IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:03cr229-MEF |
| | ) | |
| ANDREW KENNETH JAMES | ) | |

**ORDER**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on March 2, 2007. I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that defendant has a lengthy history of arrests and convictions for harassing communications, assault, harassment, menacing and domestic violence.[1] He also has several arrests and convictions for carrying a pistol without a permit. The new state charges that led to the revocation petition in this case involved the offenses of criminal mischief second degree and harassing communications. James allegedly threatened his ex-girlfriend by calling her cell phone and home phone and sending her text messages, and also ran into the back of her car with his vehicle. Based on the foregoing, the court concludes that there are no conditions or combination of conditions which will protect the community and that the defendant should be detained.

Further, based on the evidence adduced at the hearing, the Magistrate Judge concludes that there is probable cause to believe that the defendant committed the offense charged in the complaint. Therefore, it is

---

[1] See Defendant's Pre-sentence Investigation Report, September 27, 2004.

ORDERED that the defendant is bound over to the district court for further proceedings. It is further

ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE, this 6th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE