AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ANDREW KENNETH JAMES | Case No.   2:03CR229-MEF-01 |
| | USM No.   11289-002 |
| | _Aylia McKee_ |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   _1, 2 and 3 of violations report_   of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. | 2/19/2009 |
| 2. | Defendant shall pay restitution as ordered in Montgomery Municipal Court case number 2006CRA008005B. | 3/5/2009 |
| 3. | Defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons. | 3/10/2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  2771

Defendant's Year of Birth:   1964

City and State of Defendant's Residence:
Montgomery, Alabama

March 26, 2009
Date of Imposition of Judgment

_[signature]_
Signature of Judge

MARK E. FULMER, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

Date
3/30/09

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:       ANDREW KENNETH JAMES
CASE NUMBER:     2:03CR229-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Ten (10) months.

X   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be placed in the Community Correctional Facility Dismas Half-Way House for his term of incarceration. The Court further directs that defendant shall seek and obtain full time employment and comply with all the conditions that have been previously imposed upon him by this Court.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL